FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 SEP 14 PM 12: 44

AO 93 (Rev 11/13) Search and Seizure Warrant

U.S. DISTRICT COURT
SOUTHERN DIST.OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
A Black LG cellphone under ATF property number )  Case No. 2:21-mj-516
773040-21-0105-4 and a silver LG cellphone under ATF )
property number 773040-21-0105-5 currently located at the )
ATF Columbus Evidence Vault )

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ **Southern** _____ District of _____ **Ohio** _____
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

**YOU ARE COMMANDED** to execute this warrant on or before **August 16, 2021** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Any US Magistrate Judge - Clerks Office
                                                                                                 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    **8-2-21**

City and state:    **Columbus, Ohio**

Elizabeth Preston Deavers, U.S. Magistrate Judge
, **U.S. Magistrate Judge**
*Printed name and title*

## ATTACHMENT A

Black LG cellphone under ATF property number 773040-21-0105-4 assigned IMEI number 352411-43-193709-6 and a silver LG cellphone under ATF property number 773040-21-0105-5 assigned IMEI number 354855114383507 hereinafter the "Devices." The Devices are currently located at the ATF Columbus Evidence Vault.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.      All records on the Devices described in Attachment A that relate to violations of 21 U.S.C. Section 841 and involve John MYLES including:

      a.  lists of customers and related identifying information;

      b.  types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

      c.  any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

      d.  all bank records, checks, credit card bills, account information, and other financial records.

2.      Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-MJ. | Date and time warrant executed:<br>8-4-21 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

ELECTRONIC DATA

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-4-21

_____
Executing officer's signature

S Chapall
Printed name and title